1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANNA MARIE COMBS,                          |   Case No.: 1:14-cv-00686 --- JLT

12              Plaintiff,                        |   ORDER TO SHOW CAUSE WHY THE
                                                 |   MATTER SHOULD NOT BE
13        vs.                                     |   TRANSFERRED TO THE CENTRAL
                                                 |   DISTRICT OF CALIFORNIA
14   EFP INC., et al.,                            |

15              Defendants.                       |

16

17          This matter was initiated in this Court on May 9, 2014 when Plaintiff filed her complaint

18   for damages arising from violations of the Americans with Disabilities Act, the Unruh Act and

19   the Disabled Persons Act.  (Doc. 1)  In the complaint, Plaintiff alleged that she encountered

20   architectural barriers while a customer of the Catalina Spas and RV Resort located in Desert Hot

21   Springs, California. (Doc. 1 at 3)  Plaintiff alleged that "[v]enue is proper in this court pursuant to

22   28 U.S.C. § 1391(b) and is founded on the fact that the real property which is the subject of this

23   action is located in this district and that Plaintiff' causes of action arose in this district."  (Doc. 1

24   at 3)  However, Desert Hot Springs is a city located within Riverside County which is located

25   within the boundaries of the Central District of California.

26          The Court notes that the Defendants are corporations which are registered with the

27   California Secretary of State and, while the agent for service of process is located in Kern

28   County, there is no indication that the headquarters of these companies are located within the

Eastern District of California.  Therefore the Court **ORDERS**:

     1.     No later than August 29, 2014, the parties **SHALL** show cause in writing why this matter should not be transferred to the Central District of California.  Briefs SHALL NOT exceed five pages;

     2.     The scheduling conference, currently set on August 22, 2014 is **CONTINUED** to **September 12, 2014** at 9:00 a.m.  <u>Telephonic appearances via the CourtCall service are authorized.</u>

     <u>**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**</u>

IT IS SO ORDERED.

   Dated:   **August 19, 2014**                **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE