CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Anna Marie Combs**, | CASE NO. 1:14-CV-00686-JL |
| Plaintiff, | **(Proposed) ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |
| v. | |
| **EFP, Inc., a California Corporation; EFP Catalina LLC, a Limited Liability Corporation** ; and Does 1-10, Inclusive, | **(Doc. 20)** |
| Defendants. | |

Pursuant to joint stipulation of the parties, and finding good cause therefore, this Court hereby orders that trial and case management deadlines scheduled in this matter are modified as follows:

- **Expert witness disclosures:** October 2, 2015;
- **Rebuttal expert witness disclosures:** November 20, 2015;
- **Expert discovery cut-off:** December 31, 2015.

IT IS SO ORDERED.

Dated:   **July 29, 2015**          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE

- 1 -
(Proposed) ORDER