1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ANNA MARIE COMBS, | Case No.: 1:14-cv-00686 --- JLT |
| 12          Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| 13       vs. | |
| 14  EFP INC., et al., | |
| 15          Defendants. | |

16          On February 16, 2015, the parties notified the Court that the matter is settled.  (Doc. 22)

17  Plaintiff reports that the settlement will be finalized within 45 days. Id.  Therefore, the Court

18  **ORDERS**,

19          1.       The stipulated request for dismissal **SHALL** be filed no later than **April 15, 2016;**

20          3.       All pending dates, conferences and hearings are **VACATED** and any pending

21  motions are ordered **TERMINATED.**

22          **Failure to comply with this order may result in the imposition of sanctions, including**

23  **the dismissal of the action.**

24

25  IT IS SO ORDERED.

26      Dated:   **February 17, 2016**              **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE
27

28