IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIE COMBS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EFP INC., et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-00686 JLT<br><br>ORDER DISMISSING THE MATTER WITH PREJUDICE |

The parties report they have settled their dispute and seek an order dismissing the case with prejudice. (Doc. 24) Thus, good cause appearing, the matter is **DISMISSED** with **PREJUDICE** with both sides bearing their own fees and costs.

IT IS SO ORDERED.

Dated: **March 9, 2016**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE